**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

John Mack, Appellant.

Appellate Case No. 2011-187127

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2013-UP-161
Heard April 9, 2013 – Filed April 17, 2013

**AFFIRMED**

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Julie Kate Keeney, both of Columbia; and Solicitor Barry J. Barnette, of Spartanburg, for Respondent.

**PER CURIAM:** John Mack appeals his convictions of first-degree burglary and grand larceny. Mack argues the trial court erred in denying his motion to quash his first-degree burglary indictment because it was inaccurate and overbroad. He

further contends the trial court erred in denying his motion for a directed verdict on both the first-degree burglary and grand larceny charges. We affirm pursuant to Rule 220(b), SCACR, and the following authorities:

1. As to whether the trial court erred in denying Mack's motion to quash: *State v. Shoemaker*, 276 S.C. 86, 88, 275 S.E.2d 878, 879 (1981) (affirming the trial court's decision to deny a motion to quash because the defendant knew the crime she was being prosecuted for and there was no indication the defendant was unfairly prejudiced); *State v. Bultron*, 318 S.C. 323, 329-30, 457 S.E.2d 616, 620 (Ct. App. 1995) (affirming the trial court's decision to deny a motion to quash an indictment based on a mere scrivener's error).

2. As to whether the trial court erred in denying Mack's directed verdict motions: *State v. Weston*, 367 S.C. 279, 292-93, 625 S.E.2d 641, 648 (2006) ("If there is any direct evidence or any substantial circumstantial evidence reasonably tending to prove the guilt of the accused, the [c]ourt must find the case was properly submitted to the jury.").

**SHORT, THOMAS, and PIEPER, JJ., concur.**

**AFFIRMED.**